# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 04, 2013

Mr. Andrew R. Harvin
Doyle, Restrepo, Harvin & Robbins, L.L.P.
600 Travis Street
Suite 4700
Houston, TX 77002-3005

Honorable Lynn N. Hughes
U.S. District Court, Southern District of Texas
515 Rusk Street
Room 11122
Houston, TX 77002

    No. 13-20303,    In re: Debra Bacon
                            USDC No. 4:05-CV-3849

Please be advised that the court has requested a response to the Petitioner's petition for writ of mandamus, to be electronically filed in this office on or before June 17, 2013, and should not exceed 30 pages.

Honorable Judge Hughes, the court has requested that you also file a response to the petition.

If you have any questions, please feel free to contact me.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            */s/ Jann Wynne*
             By: _____
             Jann M. Wynne, Deputy Clerk
             504-310-7688

cc:  Mr. Braden Wheeler Sparks