| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

| | |
|---|---|
| Debra M. Bacon, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Appeal 13-20303 |
| § | |
| Citigroup Global Markets Inc., § | |
| § | Civil Action H-05-3849 |
| Defendant. § | |

## Response to Writ of Mandamus

The opinion and judgment will be entered today.

Signed on June 14, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge